# Exhibit 1

| No. | Date | Credit | Link |
|---|---|---|---|
| 1. | 6/8/26 | © Instagram | https://www.dailymail.com/news/article-15883141/drunk-teen-bmw-crash-missouri.html |
| 2. | 6/8/26 | © GoFundMe | https://www.dailymail.com/news/article-15882861/Stephen-Morrow-father-shooting-Alabama-Timothy-Braden-Crawford.html |
| 3. | 6/8/26 | © Facebook | https://www.dailymail.com/news/article-15882847/woman-killed-fire-captain-missouri.html |
| 4. | 6/8/26 | © Instagram | https://www.dailymail.com/news/article-15883861/ontario-cambridge-canada-non-binary-girl-pride-event-mayor.html |
| 5. | 6/8/26 | © Facebook | https://www.dailymail.com/news/article-15882735/jariah-edwards-trevon-williams-california-shot-dead-daughter.html |
| 6. | 6/8/26 | © Facebook; © LinkedIn | https://www.dailymail.com/news/article-15883927/Massive-twist-JPMorgan-sex-slave-case-accuser-unveils-NEW-dossier-alleged-bombshell-evidence-story-change-dramatically.html |
| 7. | 6/8/26 | © Facebook | https://www.dailymail.com/news/article-15882739/couple-regret-selling-land-data-center-north-carolina.html |
| 8. | 6/8/26 | © GoFundMe | https://www.dailymail.com/news/article-15882717/hiker-dies-south-mountain-phoenix-arizona-mother-son.html |
| 9. | 6/8/26 | © Facebook; © Instagram; © LinkedIn | https://www.dailymail.com/news/article-15882809/luigi-mangione-sister-maria-hospital-job.html |
| 10. | 6/8/26 | © Facebook | https://www.dailymail.com/news/article-15882831/yadier-molina-mlb-private-jet-crash-pilots-killed-identities.html |
| 11. | 6/9/26 | © Instagram | https://www.dailymail.com/news/article-15883221/Whos-girl-Shes-Trumps-trusted-White-Houses-biggest-secrets-influences-millions.html |
| 12. | 6/9/26 | © Facebook | https://www.dailymail.com/news/article-15885953/School-board-candidate-AI-mistake-campaign-photo.html |
| 13. | 6/9/26 | © GoFundMe | https://www.dailymail.com/news/article-15882767/parents-son-ADHD-terrifying-disease-BLIND.html |
| 14. | 6/9/26 | © gofundme.com | https://www.dailymail.com/news/article-15885525/Kenly-Aponte-surgery-paramedics-report-brazilian-butt-lift.html |
| 15. | 6/9/26 | © Facebook | https://www.dailymail.com/news/article-15883649/misty-roberts-louisiana-mayor-sex-crime-sentencing.html |

| No. | Date | Credit | Link |
|---|---|---|---|
| 16. | 6/9/26 | © Facebook | https://www.dailymail.com/news/article-15883301/McKenna-kindred-texts-husband-student-sex.html |
| 17. | 6/10/26 | © Instagram | https://www.dailymail.com/news/article-15888983/onlyfans-content-house-human-trafficking-nikita-tyukalo.html |
| 18. | 6/10/26 | © Facebook | https://www.dailymail.com/news/article-15889529/Georgia-teacher-sex-crime-Bonnie-Brown-trial-Nathanael-Greene-Academy.html |
| 19. | 6/10/26 | © GoFundMe; © YouTube | https://www.dailymail.com/news/article-15890143/Jasmine-Crockett-Karmelo-Anthony-racist-verdict-Austin-Metcalf.html |
| 20. | 6/10/26 | © X | https://www.dailymail.com/news/article-15889917/naval-base-employee-shark-video.html |
| 21. | 6/10/26 | © Facebook | https://www.dailymail.com/news/article-15889325/Wealthy-lacrosse-season-graduation-cigars.html |
| 22. | 6/10/26 | © GoFundMe | https://www.dailymail.com/news/article-15889081/high-school-student-shot-life-saved-piece-clothing.html |
| 23. | 6/10/26 | © Facebook; © Instagram | https://www.dailymail.com/news/article-15889903/Vitaly-pedophile-hunter-stream-Akash-Singhania-lawsuit.html |
| 24. | 6/10/26 | © Linkedin.com | https://www.dailymail.com/news/article-15889223/air-canada-pilot-fake-flights-license-charges.html |
| 25. | 6/10/26 | © GoFundMe | https://www.dailymail.com/news/article-15888629/Mother-17-13-day-old-baby-killed-car-crash-unsecured-infant-ejected.html |
| 26. | 6/10/26 | © Facebook; © YouTube | https://www.dailymail.com/news/article-15888599/Iconic-California-pier-crumbling-ocean-forcing.html |
| 27. | 6/10/26 | © Facebook | https://www.dailymail.com/news/article-15888925/Georgia-murder-suicide-Richard-Halladay-Martha-sons.html |
| 28. | 6/10/26 | © GoFundMe | https://www.dailymail.com/news/article-15888709/ava-ciampini-bounce-house-died-montreal.html |
| 29. | 6/10/26 | © Facebook | https://www.dailymail.com/news/article-15886765/kentucky-murder-suicide-break-jedance-hale-james-priddy.html |
| 30. | 6/10/26 | © X | https://www.dailymail.com/news/article-15886309/Iryna-Zarutskas-alleged-killer-screams-judge-unfit-train-murder-trial.html |
| 31. | 6/11/26 | © Facebook | https://www.dailymail.com/news/crime-desk/article-15893745/Patrick-Clancy-Lindsay-911-call-murder-trial.html |

| No. | Date | Credit | Link |
|---|---|---|---|
| 32. | 6/11/26 | © Facebook; © Instagram | https://www.dailymail.com/news/article-15883997/james-blue-minnesota-car-crash-homicide-work-release-outrage.html |
| 33. | 6/11/26 | © Linkedin.com | https://www.dailymail.com/news/article-15888841/trisha-paravas-douglas-elliman-lawsuit-manhattan.html |
| 34. | 6/11/26 | © Facebook; © Instagram | https://www.dailymail.com/news/article-15883719/Georgia-murder-suicide-Martha-Richard-Holladay-sons.html |
| 35. | 6/11/26 | © GoFundMe | https://www.dailymail.com/news/article-15892269/George-Pino-trial-wife-testify-boat-crash-Lucy-Fernandez.html |
| 36. | 6/11/26 | © GoFundMe | https://www.dailymail.com/news/article-15892867/penn-state-student-murder-nba-finals-video-suspects.html |
| 37. | 6/11/26 | © Facebook | https://www.dailymail.com/news/article-15892739/taylor-wendell-arrested-nevada-home-daycare-abuse.html |
| 38. | 6/11/26 | © Facebook | https://www.dailymail.com/news/article-15892833/adam-harmony-montgomery-murder-conviction-overturned-muder-new-hampshire.html |
| 39. | 6/11/26 | © GoFundMe | https://www.dailymail.com/news/article-15892817/twin-brothers-executed-father-murder-suicide-california-shot-mother.html |
| 40. | 6/11/26 | © Facebook | https://www.dailymail.com/news/article-15891853/girl-hero-saving-family-fire.html |
| 41. | 6/11/26 | © Facebook | https://www.dailymail.com/news/article-15889649/jadyn-barrett-jordan-poulin-dead-crash-canada.html |
| 42. | 6/11/26 | © Facebook | https://www.dailymail.com/news/article-15889129/america-entitled-woman-gaila-palo-crash-video-washington.html |
| 43. | 6/11/26 | © Facebook | https://www.dailymail.com/lifestyle/article-15893077/influencer-dies-medical-episode-livestream-coffee-time-john-davis-momma.html |
| 44. | 6/12/26 | © Facebook | https://www.dailymail.com/news/article-15896639/atv-missing-woman-mud-minnesota.html |
| 45. | 6/12/26 | © Facebook; © LinkedIn | https://www.dailymail.com/news/article-15895747/canada-woman-conviction-bride-death-nail-polish.html |
| 46. | 6/12/26 | © Facebook | https://www.dailymail.com/news/article-15895763/John-Mendoza-Texas-deputy-pursuit-fleeing-Kevin-Tippit.html |
| 47. | 6/12/26 | © GoFundMe | https://www.dailymail.com/news/article-15894943/california-father-son-arthur-fernandez-killed-crash-fire-truck.html |

| No. | Date | Credit | Link |
|---|---|---|---|
| 48. | 6/12/26 | © Facebook | https://www.dailymail.com/news/article-15894925/Francesco-Rendina-BMW-crash-Snapchat-Reid-Katherine-Jacobsen-Illinois.html |
| 49. | 6/12/26 | © Facebook | https://www.dailymail.com/news/article-15886945/TooTurntTony-TikTok-empire-college.html |
| 50. | 6/12/26 | © Facebook | https://www.dailymail.com/news/article-15891881/Florida-Tampa-nightclub-Jose-Valdez-wanted-murder-bouncer.html |
| 51. | 6/13/26 | © GoFundMe | https://www.dailymail.com/news/article-15897811/driver-hit-run-killed-toddler-mexico-attempt.html |
| 52. | 6/13/26 | © Facebook | https://www.dailymail.com/news/article-15897817/lori-price-dog-bear-attack-alaska.html |
| 53. | 6/13/26 | © GoFundMe | https://www.dailymail.com/news/article-15897353/midwest-storms-tornados-streator-chicago-illinois-man-rescued.html |
| 54. | 6/13/26 | © Facebook | https://www.dailymail.com/news/article-15897197/snl-musician-drug-fueled-rampage-home-nyc-lawsuit.html |
| 55. | 6/13/26 | © Instagram | https://www.dailymail.com/news/article-15888875/two-dan-sullivan-alaska-senate-race-probe.html |
| 56. | 6/13/26 | © Facebook | https://www.dailymail.com/news/article-15897153/edward-randall-scott-texas-shooting-victim.html |
| 57. | 6/13/26 | © Facebook; © GoFundMe | https://www.dailymail.com/news/article-15885739/parents-nightmare-boy-school-class-trip-tragedy.html |
| 58. | 6/13/26 | © Facebook; © GoFundMe | https://www.dailymail.com/news/article-15896279/mcdonalds-worker-burning-oil.html |
| 59. | 6/14/26 | © GoFundMe | https://www.dailymail.com/news/article-15899947/Pregnant-Ohio-teen-shot-paralyzed-robbery-meetup-Snapchat.html |
| 60. | 6/14/26 | © X; © Instagram | https://www.dailymail.com/news/article-15899051/Historic-colleges-famous-civil-rights-alumni.html |
| 61. | 6/14/26 | © Instagram | https://www.dailymail.com/news/article-15898823/suv-chicago-explosive-byron-sigcho-lopez-home.html |
| 62. | 6/14/26 | © Facebook | https://www.dailymail.com/news/article-15898773/parents-new-england-shocked-racial-slur-dictionary.html |
| 63. | 6/14/26 | © Facebook | https://www.dailymail.com/news/article-15890065/Mackenzie-Shirilla-mom-Natalie-boyfriend.html |
| 64. | 6/14/26 | © Facebook | https://www.dailymail.com/news/article-15899211/12-dead-plane-skydivers-CRASHES-just-takeoff-Missouri-airport.html |

| No. | Date | Credit | Link |
|---|---|---|---|
| 65. | 6/14/26 | © Facebook | https://www.dailymail.com/news/article-15892671/haiti-murder-missionaries.html |
| 66. | 6/14/26 | © LinkedIn; © YouTube | https://www.dailymail.com/news/article-15898767/seattle-aurora-ave-prostitution-banners-emojis-dunn-lumber.html |
| 67. | 6/14/26 | © Facebook | https://www.dailymail.com/news/article-15892547/cody-pester-wrestling-coach-nebraska-scandal-marriage.html |
| 68. | 6/14/26 | © X | https://www.dailymail.com/news/article-15897507/United-airlines-flight-bound-LAX-delayed-huge-swarm-BEES.html |
| 69. | 6/14/26 | © Facebook | https://www.dailymail.com/news/article-15889977/feeding-wild-animals-mountain-city-law-mendon-utah.html |
| 70. | 6/15/26 | © Instagram | https://www.dailymail.com/news/article-15901905/brazil-bungee-jump-maria-freitas-death-dark-videos.html |
| 71. | 6/15/26 | © Facebook; © GoFundMe | https://www.dailymail.com/news/article-15900857/missouri-skydive-plane-crash-victims-identified.html |
| 72. | 6/15/26 | © Facebook | https://www.dailymail.com/news/article-15901501/saria-barney-zarrius-hildabrand-murder-trial-mother-body-drainpipe.html |
| 73. | 6/15/26 | © Facebook | https://www.dailymail.com/news/article-15902479/Anna-Kepner-stepbrother-custody-murder-Carnival-cruise.html |
| 74. | 6/15/26 | © LinkedIn; © X (Twitter) | https://www.dailymail.com/news/article-15901067/cornell-student-jew-receives-supporters-ruin-reputation.html |
| 75. | 6/15/26 | © Facebook; © GoFundMe | https://www.dailymail.com/news/article-15902023/Florida-couple-wrong-baby-embryos-Tiffany-Score-Steven-Mills-IVF.html |
| 76. | 6/15/26 | © Instagram; © Facebook | https://www.dailymail.com/news/article-15901161/girl-fighting-life-dad-benadryl-challenge.html |
| 77. | 6/15/26 | © Facebook | https://www.dailymail.com/news/article-15901031/new-york-stepmother-starved-boy-stopped-attending-school.html |
| 78. | 6/15/26 | © X (Twitter); © Facebook | https://www.dailymail.com/news/article-15900951/moment-poolside-argument-fight-match-bahamas.html |
| 79. | 6/15/26 | © Facebook; © GoFundMe | https://www.dailymail.com/news/article-15901563/california-woman-vanished-hiking-costa-rica-severe-weather.html |
| 80. | 6/15/26 | © Facebook | https://www.dailymail.com/news/article-15900933/National-Guardsman-Natravien-Landry-guilty-murder-Andre-Stewart.html |

| No. | Date | Credit | Link |
|---|---|---|---|
| 81. | 6/15/26 | © Facebook | https://www.dailymail.com/news/article-15890221/noah-presgrove-death-mystery-terral-oklahoma-carter-avery-combs-coincidence.html |
| 82. | 6/16/26 | © Facebook | https://www.dailymail.com/news/article-15904885/las-vegas-primm-herbst-casino.html |
| 83. | 6/16/26 | © Facebook | https://www.dailymail.com/news/article-15904235/incest-mom-amber-swain-adopted-sons-text-messages.html |
| 84. | 6/16/26 | © Facebook | https://www.dailymail.com/news/crime-desk/article-15895245/Three-girls-walked-mall-buy-Christmas-presents-vanished-forever-Inside-one-Americas-haunting-unsolved-mysteries.html |
| 85. | 6/16/26 | © Facebook | https://www.dailymail.com/news/article-15905551/toddler-shot-cop-walmart-senatobia-mississippi.html |
| 86. | 6/16/26 | © Facebook; © Instagram | https://www.dailymail.com/news/article-15905645/Makenzi-Kern-mystery-NBA-Tyrese-Haliburton-bachelorette.html |
| 87. | 6/16/26 | © Facebook | https://www.dailymail.com/news/article-15904303/massachusetts-high-school-gay-summer-bulletin-board.html |
| 88. | 6/16/26 | © GoFundMe | https://www.dailymail.com/news/article-15906107/Terrell-Shelton-drowning-Lake-Lanier.html |
| 89. | 6/16/26 | © Instagram | https://www.dailymail.com/news/article-15888811/mansion-parties-drugs-models.html |
| 90. | 6/16/26 | © Facebook; © GoFundMe | https://www.dailymail.com/news/article-15905033/engineer-killed-B-52-bomber-crash-california.html |
| 91. | 6/16/26 | © Instagram | https://www.dailymail.com/news/article-15901815/death-Estee-Lauder-exec-dead-NYC-home.html |
| 92. | 6/16/26 | © LinkedIn | https://www.dailymail.com/news/article-15904311/Wyoming-boys-school-juvenile-abuse-restrained-Charles-Karn.html |
| 93. | 6/16/26 | © TikTok; © GoFundMe | https://www.dailymail.com/news/article-15904867/dog-shot-dead-lapd-canoga-park-california.html |
| 94. | 6/16/26 | © Instagram | https://www.dailymail.com/news/article-15904071/ahmed-gburi-motorcycle-influencer-charges-videos-rhode-island.html |
| 95. | 6/16/26 | © Facebook | https://www.dailymail.com/news/article-15904399/karmelo-anthony-austin-metcalf-texas-parole-supervisor-fired-support.html |
| 96. | 6/16/26 | © Facebook | https://www.dailymail.com/news/article-15903945/alabama-student-dead-japan-cause-friend.html |

| No. | Date | Credit | Link |
|---|---|---|---|
| 97. | 6/16/26 | © Instagram | https://www.dailymail.com/sciencetech/article-15904251/vo-bahiana-alien-abduction-world-cup-miami.html |
| 98. | 6/16/26 | © Facebook | https://www.dailymail.com/news/article-15904019/south-carolina-personal-trainer-disappear-elena-moore.html |
| 99. | 6/16/26 | © GoFundMe | https://www.dailymail.com/health/article-15902311/boy-hospitalized-flesh-eating-bacteria-florida.html |
| 100. | 6/16/26 | © Facebook | https://www.dailymail.com/news/article-15904125/hannah-howard-kids-car-crash-ohio.html |
| 101. | 6/16/26 | © Instagram | https://www.dailymail.com/sport/nfl/article-15904811/Girlfriend-tragic-NFL-star-Marshawn-Kneeland-gives-birth-baby-boy-seven-months-suicide.html |
| 102. | 6/16/26 | © gofundme.com | https://www.dailymail.com/news/article-15904085/Cape-Cod-restaurant-shooting-nicholos-campbell.html |
| 103. | 6/16/26 | © Facebook | https://www.dailymail.com/lifestyle/love-sex/article-15904429/jen-hamilton-divorce-split-husband-brian-influencer.html |
| 104. | 6/16/26 | © Instagram | http://www.dailymail.com/news/article-15904861/billionaire-fiancee-pregnant-wedding-john-paulson.html |
| 105. | 6/16/26 | © Instagram | https://www.dailymail.com/lifestyle/family-parenting/article-15874081/single-mom-living-mommune.html |
| 106. | 6/16/26 | © Instagram | https://www.dailymail.com/lifestyle/article-15868647/nurse-hannah-17-diapers-hiatt-truth-child-abuse-investigation.html |
| 107. | 6/16/26 | © Facebook | https://www.dailymail.com/sciencetech/article-15905395/missing-scientist-death-skull-clue-new-mexico.html |