# Exhibit 3

archive.today · Saved from https://www.dailymail.co.uk/tvshowbiz/article-15385967/VHS-Dates-Instagram · search · 3 Jan 2026 01:07:53 UTC

webpage capture · All snapshots from host www.dailymail.co.uk · ⓘ history ← prior next→

| Webpage | Screenshot |

share · ⬆ download .zip · 💡 report bug or abuse · ♥ Buy me a coffee

🇬🇧 UK Edition | Privacy Policy | Feedback | f Follow 23.1M        Saturday, Jan 3rd 2026 8AM 23°C 🌤 11AM 25°C ☀ 5-Day Forecast

# Daily Mail  **Showbiz**

Home | News | Royals | U.S. | Sport | TV | **Showbiz** | Lifestyle | Health | Science | Money | Travel | Podcasts | Buyline | m+

Headlines | Showbiz | Kim Kardashian | Victoria Beckham | Harry Styles | Amanda Holden | Newsletter        Login

# VHS Dates: The unbelievable truth behind viral '80s dating videos that have taken social media by storm

- **READ MORE:** How HBO's Heated Rivalry beat Breaking Bad

By JACQUES PETERSON, US SENIOR ENTERTAINMENT REPORTER
PUBLISHED: 20:44 GMT, 24 December 2025 | UPDATED: 20:44 GMT, 24 December 2025

f Share · Messenger · WhatsApp · X · Snapchat · Flipboard · ✉ · Share        💬**17** View comments

It's become one of the most popular accounts on Instagram.

'**VHS Dates**' has racked up over 100million views online over the last 12 months with what it claims are unearthed tapes from a 1980s dating service.

In the hilarious and often cringeworthy clips, sad singles rocking overstyled perms and shoulder pads list off what they're looking for in a partner and delusionally tout some of their own desirable traits.

'My best quality is my unwavering allegiance to myself,' says a woman named Tina in a video that's now been viewed over nine million times.

In another video, a divorcee named Gwen describes her ideal date as dinner at Benihana, before boasting about owning a timeshare and complaining about her ex-husband.



**DON'T MISS**

▸ Taylor Swift steals spotlight at BFF's wedding in shimmering metallic gown with Stevie Nicks by her side

▸ Elizabeth Hurley, 60, channels Bond sex symbol Ursula Andress in a skimpy white bikini at 007 New Year's Eve bash with boyfriend Billy Ray Cyrus

▸ Vick Hope shares rare pictures of her baby son Micah and husband Calvin Harris as the family celebrate his first Christmas

m+ EXCLUSIVE The truth about Tana Ramsay's silence on feud between her family and the Peatys… and how she REALLY feels about her new son-in-law's rift with his mother: Friends reveal all to KATIE HIND

▸ The Traitors murder their first victim of the series as fans share bewilderment over players' decision to target a 'huge threat'

▸ Hugh Jackman and Kate Hudson team up for Song Sung Blue: How a freak accident turned a small-town tribute act into Hollywood's next big crowd pleaser AD FEATURE

▸ Mickey Rourke's decline laid bare as unrecognizable star grabs fast food at LA home he faces eviction from over $60k unpaid rent

m+ EXCLUSIVE Truth about Vernon Kay's new money-spinning ventures despite his huge £395K BBC salary - as insiders tell KATIE HIND how much he's set to rake in after Tess Daly quit Strictly

▸ Ferne McCann shares the secret to her two



**'VHS Dates' on Instagram has racked up over 100million views with what it claims are vintage videos from a 1980s dating service**

**TRENDING**



**Taylor Swift steals spotlight at BFF's wedding in gold metallic gown**

6k viewing now

**JANE MCDONALD reveals why she had to sell her £1million forever home**

58.3k viewing now

**Elizabeth Hurley channels Bond girl Ursula Andress at 007 NYE bash**

3.5k viewing now

'I blew out my knee jazzercising so I don't want a guy who's too active,' she adds.

While the videos look like eerily authentic time capsules from a pre-Tinder dating era, they are in fact staged and scripted using professional actors.

Online sleuths have recognized some of the performers, which include members of the iconic Los Angeles comedy troupe The Groundlings.

'Gwen' is actress Annie Sertich, while 'Tina' is played by Allison Dunbar, best known for a five-episode stint on The Sopranos.

One of the most popular VHS Dates tapes is goofball Ronnie, a beauty consultant with Mary Kay who is a 'terrible cook' but 'great at being a guest at a restaurant'.

In real life, 'Ronnie' is Maddie Ballard, a queer musician and sketch comic from the Bay area.

Daily Mail has contacted VHS dates for comment.

Despite the videos being fake, it hasn't stopped thousands of people online from falling for them.





**From cordless cleaners to Premier League dreams: The unlikely story behind football's smartest partnership**
AD FEATURE



**Katie Price 'films scenes for daughter Princess Andre's reality show after being banned from the first series' amid feud with ex Peter**

**EXCLUSIVE My years of hell: JANE MCDONALD reveals why she had to sell her £1million forever home, the tragic impact of her mother and fiance's deaths... and why she no longer cares what people think of her**



**Pregnant Hailee Steinfeld shows off her growing baby bump just weeks after announcing first pregnancy with husband Josh Allen**



**Tom Brady smirks with Leonardo DiCaprio and much-younger girlfriend on yacht after cozy night with Alix Earle, 25**



**Support when saving a life, sharing the household chores, and automatically building savings: The five best apps to help improve your 2026**
AD FEATURE



**The Traitors fans in stitches after Amanda fires savage comeback to fellow player Hugo at the round-table: 'You're not my type, I'm a lesbian'**



**The Traitors star breaks silence on dramatic round table banishment and reveals who they really blame**



**Kyle Richards and estranged husband Mauricio Umansky looked 'obviously together' at New Year's Eve bash**



**Noughties girl group Mis-Teeq 'plot shock reunion concert' to mark the 25th anniversary of their debut album**



**The home cleaning revolution: Smart ways to keep your house in order, without spending all weekend doing it.**
AD FEATURE



**EXCLUSIVE Tiger Woods' ex Rachel Uchitel dons $1million**



'Gwen' is actually actress Annie Sertich (pictured), proving that the videos are staged and not authentic vintage tapes from the '80s



'Ronnie' is Maddie Ballard, a queer musician and sketch comic from the Bay area

'It should be illegal to post these videos without a "where are they now?" at the end!' wrote one fan.

'I hope she's doing well today, I really do,' another wrote on Tina's tape.

Others have pointed out the telltale signs that convinced them early on that the tapes were fakes.

'The one giveaway is that every single person featured has crystal white teeth,' wrote one fan on Reddit.

'That wasn't a thing in the 80s and 90s. Teeth were more "natural" colored. They can do what they like with video quality, hair and makeup, clothing, but the perfectly blindingly white teeth are a dead giveaway.'

Another wrote, 'And a few of them have cosmetic fillers/Botox. Another giveaway is Beth speaking with vocal fry. I feel like that wasn't normalized in speech in the 80s.'

**Instagram**    **Los Angeles**

**Share or comment on this article: VHS Dates: The unbelievable truth behind viral '80s dating videos that have taken social media by storm**

           Add comment

**MOST WATCHED NEWS VIDEOS**    Embed this






BAR OWNERS BREAK SILENCE
Exact moment fire begins to spread across

NEW YEAR INFERNO
New video shows deadly 'flashover' fire in

SWISS INFERNO DEATHTRAP
Swiss inferno bar promo shows staff with

MAR-A-LAGO NYE PARTY
Kristi Noem dances to 'Ice Ice Baby'... but

HORSE ON METH
Horse trainer suspended after a

IT WAS A FRENZY
Survivor tells of horrific 'frenzy' during the

DRIVERS CRASH ON ICY ROAD
Moment drivers crash on icy roads as

PEOPLE WERE SCREAMING
Witness recounts the horrific aftermath of the







## Comments (17)    🔔 Log in


...ties the knot for ...time in Laguna Beach wedding


▶ Rachel Zegler fuels split rumors from former Magic Mike dancer Nathan Louis-Fernand with peculiar declaration of independence


▶ Nina Dobrev drops sizzling bikini snaps to remind ex-fiance Shaun White what he's missing for New Year


▶ Country star left unrecognizable with face-swelling 'sinus infection'... days before dazzling NYE show


▶ All-inclusive Caribbean luxury: Your dream sunshine holiday is more affordable than you think
AD FEATURE


▶ New year, new Nicola! Brooklyn Beckham's wife shows off 'new teeth and lips' on social media - but is forced to turn comments off as she's branded 'cold'


▶ Karren Brady, 56, showcases dramatic weight loss in behind-the-scenes snaps from filming The Celebrity Apprentice Christmas Special


▶ The Traitors' first victim breaks down in tears as they're brutally murdered and sob 'I'm gutted' - but one ruthless contestant is relieved


▶ Love Island's Megan Moore and Dejon Noel-Williams are 'spotted spending New Year's Eve together' just days after confirming split


▶ 'Work maintained my sense of self': How one woman's cancer journey inspired her company to give back
AD FEATURE


▶ Coronation Street star Jacob Roberts looks loved-up with new PR girlfriend Caitlin Connolly as they enjoy a sunny getaway together


▶ Disturbing 911 call reveals possible cause of death for Tommy Lee Jones's daughter Victoria, 34, and says she suffered 'color change'

▶ Denise Van Outen's love rat ex Eddie Boxshall is engaged! DJ proposes to girlfriend Caroline during

Comments are subject to our House rules and Terms

✈ Log in to comment

**Newest**    Oldest    Best rated    Worst rated

C  **CookieAltoSwim**, Gastonia, United States, 2 days ago

It was apparent to me from the start but I grew up in the 70s and 80s. These were all still amusing videos, though.

Reply    f ✕ ◍ ⧉                    Click to rate  ⇧  0    ⇩  0

T  **TimerBatPear**, Elsegundo, United States, 3 days ago

At first, I let it wash over me and thought it might be real.
But Ronnie's Mazlatn, Mexico never set well with me.
My mother was a travel agent in the 1980s and the 1980s Club Med spot, that was often uttered, was Cancun and Acapulco.
You'll hear th.... **See more**

Reply    f ✕ ◍ ⧉                    Click to rate  ⇧  1    ⇩  0

DO  **Double Oh Oh**, Nowhere, United States, 1 week ago

It's easy to spot they aren't from the 80s if you were alive during the 80s. People didn't really dress that way or have hair that looked like an electrocution victim. They're funny nevertheless.

Reply    f ✕ ◍ ⧉                    Click to rate  ⇧  15    ⇩  1

**Show 14 More Comments**

The opinions and views expressed in the comments section are solely those of the individual users and do not represent or reflect the opinions, views, or positions of Daily Mail. Daily Mail does not endorse, support, or verify the accuracy of any user-generated content.

Terms | Privacy | Feedback



▶ **Trisha Goddard, 68, reveals metastatic breast cancer has not spread to her brain following scan**

▶ **K-pop idol Kwon Mina rescued after suicide attempt on New Year's day**

m+ EXCLUSIVE **Snitch reveals the TRUTH about Tom Brady and Alix Earle... after handsy video leaked out of St Barths**

▶ **Jessica Alba wishes son Hayes a happy 8th birthday after 'year of changes' amid Cash Warren split**

▶ **Jelly Roll reveals embarrassing sex life struggle he endured prior to mammoth 300lb weight loss as star debuts slimmest ever frame**

▶ **Sarah Shahi confirms split from Sex/Life co-star Adam Demos after five years and calls dating scene a 'zoo'**

▶ EXCLUSIVE **Tommy Lee Jones's late daughter Victoria pictured in MUGSHOT as as grim new details of her final months emerge**

▶ EXCLUSIVE **Revealed: Anthony Joshua cheated death by swapping seats moments before fatal crash, as his driver - who didn't have a valid licence - is charged**

▶ **Prince Harry will not be returning to 'tarnished' Sentebale charity he co-founded after bullying row**

▶ **Sir Elton John and his husband David Furnish are joined by their rarely seen sons, Zachary, 14, and Elijah, 12, as they celebrate the New Year with Donatella Versace**

▶ **Pregnant Ellie Goulding reveals she dates women in between 'toxic and passionate' relationships with men**

▶ **Liam Payne's sister Ruth reveals heartwarming tattoo tribute to her late brother and how she believes he visited her after his death**