UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

MATTHEW MOORE, Individually and On Behalf of All Others Similarly Situated,

Plaintiff,

v.

Case No. 1:26-cv-5536 (LAP)

ASSOCIATED NEWSPAPERS LTD. and MAIL MEDIA, INC.,

Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

**NOTICE OF MOTION**
**TO DISMISS THE COMPLAINT**

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law, Defendants Associated Newspapers Ltd. and Mail Media, Inc. will move this Court, before the Honorable Loretta A. Preska, United States District Judge for the Southern District of New York, for an order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing Plaintiff's Complaint in its entirety, with prejudice, and granting such other and further relief as the Court deems proper.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Civil Rule 6.1(b), opposing papers, if any, shall be served on or before September 25, 2026, and reply papers, if any, shall be served on or before October 2, 2026, unless otherwise ordered by the Court.

Dated: September 11, 2026

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

*s/ James Rosefeld*

James Rosenfeld
Hilary Oran
Olalekan Sumonu
1251 Avenue of the Americas, 42nd Floor
New York, New York 10020
Phone: (212) 489-8230
Fax: (212) 489-8340
jamesrosenfeld@dwt.com
hilaryoran@dwt.com
osumonu@dwt.com

Kenneth Payson (*pro hac vice application forthcoming*)
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: 206-622-3150
Fax: 206-757-7016
kennethpayson@dwt.com

*Attorneys for Defendants Associated Newspapers Ltd. and Mail Media, Inc.*