PARKKINEN

808 WILSHIRE BOULEVARD SUITE 200-255
SANTA MONICA CALIFORNIA 90401
(323) 919-3590 · JP@PRKKNN.COM

September 25, 2026

**Via ECF**

Hon. Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: *Moore v. Associated Newspapers Ltd., et al.*, No. 1:26-cv-05536-LAP— Request for Oral Argument**

Dear Judge Preska:

Pursuant to Rule 2.D of Your Honor's Individual Practices, Plaintiff Matthew Moore respectfully requests oral argument on Defendants' motion to dismiss. Dkts. 18–19. Plaintiff files his opposition to the motion today.

We thank the Court for its consideration.

Respectfully submitted,

*/s/ Jaymie Parkkinen*
Jaymie Parkkinen
(admitted *pro hac vice*)

PARKKINEN PC
808 Wilshire Blvd., Suite 200-255
Santa Monica, California 90401
(323) 919-3590
jp@prkknn.com

BLOCH & WHITE LLP
Michael L. Bloch
Benjamin D. White

90 Broad Street, Suite 703
New York, New York 10004
(212) 702-8670
mbloch@blochwhite.com
bwhite@blochwhite.com

*Attorneys for Plaintiff*
*and the Proposed Class*