UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATTHEW MOORE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>ASSOCIATED NEWSPAPERTS LTD. And MAIL MEDIA, INC.,<br><br>Defendant. | 26-CV-5536 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

Before the Court is Defendants' request to stay this action pending decision on their motion to dismiss. (Dkt. no. 21.) Plaintiff opposes. (Dkt. no. 22.)

Because much of the material requested in discovery might disappear as accounts are deleted and posts are removed, "paper" discovery shall proceed, but depositions shall be stayed until decision on the motion to dismiss.

**SO ORDERED.**

Loretta A. Preska

LORETTA A. PRESKA
Senior United States District Judge

October 5, 2026